IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Goff, Taisha M | Case Number: 05 B 63448 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 02/24/09 | Filed: 11/14/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: January 13, 2009
Confirmed: February 14, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 16,750.00 | |
| Secured: | | 12,811.08 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,000.00 |
| Trustee Fee: | | 938.92 |
| Other Funds: | | 0.00 |
| Totals: | 16,750.00 | 16,750.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | David M Siegel | Administrative | 3,000.00 | 3,000.00 |
| 2. | Quantum Servicing Corporation | Secured | 0.00 | 0.00 |
| 3. | Economy Furniture & Interiors Inc | Secured | 0.00 | 0.00 |
| 4. | CenterOne Financial Servs LLC | Secured | 16,687.03 | 12,811.08 |
| 5. | Quantum Servicing Corporation | Secured | 4,497.08 | 0.00 |
| 6. | United States Dept Of Education | Unsecured | 0.00 | 0.00 |
| 7. | Wells Fargo Fin Acceptance | Unsecured | 0.00 | 0.00 |
| 8. | Illinois Student Assistance Commission | Unsecured | 0.00 | 0.00 |
| 9. | CenterOne Financial Servs LLC | Unsecured | 1,299.61 | 0.00 |
| 10. | Midwest Verizon Wireless | Unsecured | 1.66 | 0.00 |
| 11. | B-Line LLC | Unsecured | 70.07 | 0.00 |
| 12. | Laramar Group | Unsecured | 123.45 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 21.93 | 0.00 |
| 14. | Premier Bankcard | Unsecured | 14.28 | 0.00 |
| 15. | Nicor Gas | Unsecured | | No Claim Filed |
| 16. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 17. | US Cellular | Unsecured | | No Claim Filed |
| 18. | Commonwealth Edison | Unsecured | | No Claim Filed |
| | | | $ 25,715.11 | $ 15,811.08 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Goff, Taisha M | Case Number: 05 B 63448 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 02/24/09 | Filed: 11/14/05 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 151.24 |
| 5% | 75.01 |
| 4.8% | 144.00 |
| 5.4% | 242.00 |
| 6.5% | 293.67 |
| 6.6% | 33.00 |
| | $ 938.92 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

